**CONTRACTORS EQUIPMENT CO., Inc.,**
**Appellant,**

v.

**Clarence LEWIS, Appellee.**

Court of Appeals of Kentucky.

Feb. 10, 1956.

Rehearing Denied June 22, 1956.

Brock & Brock, Lexington, for appellant.

Pleaz Wm. Mobley, Manchester, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Clay Circuit Court awarding appellee the net sum of $1,600.14 for overpayment on a sales contract on the ground of fraud or

mutual mistake. The court regards the evidence admissible without a prayer for reformation of the final agreement and the verdict as being supported by the evidence.

The motion for an appeal is overruled, and the judgment stands affirmed.